STATE OF CONNECTICUT *v.* ALBERT PASCUCCI

The motion by Richard F. Jacobson to withdraw his appearance for the defendant in the appeal from the Superior Court in Fairfield County is granted.

*Richard F. Jacobson,* special public defender, on the motion.

Argued November 3—decided November 3, 1970

ALLEN G. GREEN *v.* FREDERICK G. REINCKE, WARDEN, CONNECTICUT STATE PRISON

The motion by the defendant to dismiss the appeal from the Superior Court in Hartford County on the ground that the appeal has become moot is granted.

*John D. LaBelle,* state's attorney, for the appellee (defendant).

*Donald R. Holtman,* for the appellant (plaintiff).

Argued November 3—decided November 3, 1970

STATE OF CONNECTICUT *v.* JASPER T. PARKER

The motion by Jerrold H. Barnett to withdraw his appearance for the defendant in the appeal from the Superior Court in New Haven County is granted.

*Jerrold H. Barnett,* special public defender, on the motion.